DOHERTY, Appellant, v. DICKSON & TURNBULL, Respondent. (Supreme Court,

Appellate Division, Second Department. December 24, 1914.) Action by Della Doherty, as administratrix, etc., of Anthony Doherty, deceased, against Dickson & Turnbull, a corporation.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

